UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 24-cr-20585

    Honorable Stephen J. Murphy, III

D-1 Ana Jasso
D-2 Ronald Lee Jackson
D-3 Larry Smith Sr.,

    Defendants.
_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because defendants have been arrested and are entitled to receive a copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

                                            Respectfully submitted,

                                            Jerome F. Gorgon Jr.
                                            United States Attorney

                                            *s/ Rajesh Prasad*
                                            Rajesh Prasad  P68519
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            rajesh.prasad@usdoj.gov
                                            (313) 226-0821

Dated:  September 25, 2025