

FILED
SEP 25 2025
CLERK'S OFFICE
DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Criminal No. 24-20585

v.

Hon. Stephen J. Murphy III

RONALD JACKSON,

Defendant.
_____/

# DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

Count 1: Conspiracy to Launder Monetary Instruments
18 U.S.C. § 1956(a), 1956(h)

(1) Up to 20 years in prison;
(2) a fine of not more than $500,000 or twice the value of property involved, whichever is greater;
(3) a mandatory special assessment of $100; and
(4) a term of supervised release of up to three years.

Count 2: Conspiracy to Possess with Intent to Distribute Fentanyl,
21 U.S.C. §§ 846 and 841(a)

(1) 10 years in prison and up to life;
(2) a fine of not more than $10,000,000;
(3) a mandatory special assessment of $100; and
(4) a term of supervised release of 5 years and up to life.

Count 3: Laundering of Monetary Instruments
18 U.S.C. § 1956(a)(1)(B)(i)

(1) Up to 20 years in prison;

    (2) a fine of not more than $500,000 or twice the value of property involved, whichever is greater;
    (3) a mandatory special assessment of $100; and
    (4) a term of supervised release of up to three years.

Count 4:    Distribution of Fentanyl
    21 U.S.C. § 841(a)

    (1) 10 years in prison and up to life;
    (2) a fine of not more than $10,000,000;
    (3) a mandatory special assessment of $100; and
    (4) a term of supervised release of 5 years and up to life.

_____
Ronald Jackson
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Todd Perkins
Counsel for the Defendant

Dated: 9/25/25